**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| BOARD OF EDUCATION OF JOLIET TOWNSHIP HIGH SCHOOL, DISTRICT 204, et al.,<br><br>Plaintiffs<br><br>v.<br><br>PUBLICIS HEALTH, LLC; PRACTICE FUSION, INC.; VERADIGM, INC., f/k/a ALLSCRIPTS HEALTHCARE SOLUTIONS, INC.; and ZS ASSOCIATES, INC.<br><br>Defendant. | No. 1:24-cv-11435<br><br>Hon. Manish S. Shah |

**PUBLICIS HEALTH LLC'S MOTION TO DISMISS**

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Publicis Health, LLC ("Publicis Health") moves to dismiss the claims of Plaintiffs ("School Districts"). The Complaint fails to establish that this Court has subject matter jurisdiction over the School Districts' claims against Publicis Health, and the claims are precluded because they have been released by the States in which the School Districts are located. The School Districts' claims against Publicis Health also are time-barred and inadequately pled.

Publicis Health also joins in the brief filed by ZS Associates, Inc., to the extent they apply to the claims asserted against Publicis Health.

Publicis Health files the accompanying Memorandum of Law in Support of its Motion to Dismiss and its accompanying exhibits in support of this Motion. Publicis Health also has included a compendium of relevant case law and statutes from the nine states as Appendices A-L.

Respectfully submitted,

Dated: January 31, 2025

*/s/ Michael Dockterman*

Michael Dockterman #3121675
Betsy G. Zyrkowski #6330583
STEPTOE LLP
227 West Monroe Street, Suite 4700
Chicago, IL 60606
312-577-1243 (Phone)
mdockterman@steptoe.com

Brigida Benitez (*pro hac vice* forthcoming)
STEPTOE LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
202-429-3000 (Phone)
bbenitez@steptoe.com

David B. Anders (*pro hac vice* pending)
John-Francis S. Flynn (*pro hac vice* forthcoming)
WACHTELL LIPTON ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
212-403-1307 (Phone)
DBAnders@wlrk.com
JSFlynn@wlrk.com

*Counsel for Defendant Publicis Health, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2025, I electronically filed the foregoing document via the Court's CM/ECF system, which will transmit a copy to all of Plaintiff's counsel of record.

*/s/ Michael Dockterman*
Michael Dockterman