# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Board of Education of Joliet Township High School, District 204,<br><br>Plaintiffs,<br><br>v.<br><br>Publicis Health, LLC, et al.,<br><br>Defendants. | Case No. 24-cv-11435<br>Judge Manish Shah |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other:  In favor of defendants Publicis Health, ZS Associates, Practice Fusion, and Veradigm, and against plaintiff Board of Education of Joliet Township High School, District 204. All claims brought by the Illinois and New York subdivisions against Publicis Health are dismissed with prejudice. All claims brought against Veradigm are dismissed with prejudice. The federal RICO claim is dismissed with prejudice. The remaining state-law claims are dismissed without prejudice to refiling either in state court or in federal court with allegations sufficient to establish subject-matter jurisdiction.

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date: 9/8/2025

Thomas G. Bruton, Clerk of Court

/Susan McClintic , Deputy Clerk