**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BALTIMORE CITY BOARD OF SCHOOL COMMISSIONERS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>PUBLICIS HEALTH, LLC; PRACTICE FUSION, INC.; and ZS ASSOCIATES, INC.,<br><br>Defendants. | Case No. 24-cv-11435<br><br>Hon. Manish S. Shah |

**DEFENDANT ZS ASSOCIATES, INC.'S MOTION TO DISMISS**

Defendant ZS Associates ("ZS"), through its attorneys and pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully moves the Court for an order dismissing Plaintiffs' First Amended Complaint with prejudice and entering judgment in ZS's favor. In support of its Motion, ZS relies on its Memorandum in Support, filed concurrently with this Motion.

Dated: January 7, 2026

Respectfully submitted,

*/s/Jonathan W. Garlough*

Lori Rubin Garber
Admitted *pro hac vice*
FOLEY & LARDNER LLP
3000 K Street NW Suite 600
Washington, DC 20010
(202) 295-4760
lori.garber@foley.com

Jonathan W. Garlough
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654
(312) 832-5702
jgarlough@foley.com

*Counsel for Defendant ZS Associates Inc.*

**CERTIFICATE OF SERVICE**

I, Jonathan W. Garlough, hereby certify that on January 7, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will serve a copy to all counsel of record.

/s/Jonathan W. Garlough
Jonathan W. Garlough