**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BALTIMORE CITY BOARD OF SCHOOL COMMISSIONERS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>PUBLICIS HEALTH, LLC; PRACTICE FUSION, INC.; and ZS ASSOCIATES, INC.,<br><br>Defendants. | Case No. 24-cv-11435<br><br>Hon. Manish S. Shah |

**DEFENDANT PRACTICE FUSION, INC.'S**
**MOTION TO DISMISS AMENDED COMPLAINT**

Defendant Practice Fusion, Inc. ("Practice Fusion") moves this Court for an Order dismissing Plaintiffs' claims against it with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. To preserve judicial economy, Practice Fusion hereby adopts and incorporates the arguments set forth in Co-Defendants ZS Associates, Inc.'s ("ZS") Memorandum in Support of its Motion to Dismiss Plaintiffs' Amended Complaint (ECF 65) and Publicis Health, LLC's ("Publicis Health") Motion to Dismiss Plaintiffs' Amended Complaint (ECF 67). Plaintiffs' claims against Practice Fusion are due to be dismissed for the same reasons as the claims asserted against ZS and Publicis Health. In further support of this Motion, Practice Fusion is filing herewith a Memorandum of Law.

## CONCLUSION

WHEREFORE, Practice Fusion, Inc. requests that this Court grant its motion and dismiss Plaintiffs' claims against it with prejudice.

Dated: January 7, 2026

Respectfully Submitted,

/s/ *Jeffrey W. Gordon*
Jeffrey W. Gordon
Matthew J. Fischer
RILEY SAFER HOMES & CANCILA LLP
One South Dearborn Street, suite 2200
Chicago, Illinois 60603
Phone: (312) 471-8700
jgordon@rshc-law.com
mfischer@rshc-law.com

Lee M. Hollis (Admitted *pro hac vice*)
Wes B. Gilchrist (Admitted *pro hac vice*)
Gabriel D. Dowdell (Admitted *pro hac vice*)
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203
(205) 581-0710
lhollis@lightfootlaw.com
wgilchrist@lightfootlaw.com
gdowdell@lightfootlaw.com

Attorneys for Practice Fusion, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 7th day of January 2026, a copy of the foregoing document was electronically served on all counsel of record via the Court's CM/ECF system.

*/s/ Jeffrey W. Gordon*